**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY _____ L.C.

2009 MAR 25  AM II: 14

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

BAHKARI BRIDGEWATER,
SAMORY BRIDGEWATER,
ALEXIS BRIDGEWATER,
CO-PATENT OWNERS #U.S. 6,889,615, ET AL

**PLAINTIFF(S)**

**09-60454**
**CIV-ZLOCH**

ERIC HOLDER, U.S. ATTY. GEN.,
UNITED STATES GOVERNMENT, ET. AL

**DEFENDANT(S)**

MAGISTRATE JUDGE
SNOW

**CLASS ACTION COMPLAINT WITH REQUEST FOR JURY TRIAL**

Now Comes Plaintiffs, raising the question whether this Court or the U.S. Attorney General under the

Bush Administration deliberately failed to uphold and enforce the Courts judicial authority granted

under Article III of the U.S. Constitution in violation of the 1st Amendment right under the U.S.

Constitution to petition the government for redress.  Secondly, whether this Court or the U.S. Attorney

General deliberately failed to uphold and enforce its own authority and duty under the law 15 U.S. C.,

Ch 1,> §9,15  in the Southern District of Florida U.S. District Court in violation of the 1st Amendment

right under the U.S. Constitution to petition the government for redress of grievances.  Another

question is whether the United States has failed to produced a legally legitimate cause, or failed to

offer any strong legal CLAIM PER RULE 26c why Plaintiffs should be denied their rights, and whether

this failure denies Plaintiffs the 6th Amendment right to confront accusations against them, whether

this violates the 13th Amendment for involuntary servitude of legal limbo without being duly convicted

of a crime, and whether this violates the 8th Amendment for cruel and unusual punishment  .

Plaintiffs assert jurisdiction in the Supreme Court under Article III of the U.S. Constitution where a

state is a party, under 28 U.S. C., Pt 4, Ch 85,  ,> §1346 where Plaintiff resides in the Southern

District of Florida,  and under 15 U.S. C., Ch 1,> §9,15 which permits filing in this district.

PLAINTIFF SEEKS TO REVIEW THESE MATTERS UNDER RULE 26(C)

AS DEFENDANTS HAVE FAILED TO PRODUCE ANY CAUSE OR REASONS

IN OPEN COURT TO DENY PLAINTIFFS THIER RIGHTS.

## ISSUES TO BE PRESENTED

A.   Whether this Court or the U.S. Attorney General deliberately fails to uphold and enforce the Courts judicial authority granted under Article III of the U.S. Constitution by refusing to acknowledge the controlling authority of Article III in recommendations and rulings in the Southern District of Florida U.S. District Court in violation of the 1st Amendment right under the U.S. Constitution to petition the government for redress as a means of denying Plaintiffs jurisdiction and summary judgment against the United States.

B.   Whether this Court or the U.S. Attorney General deliberately fails to uphold and enforce its own authority and duty under the law 15 U.S. C., Ch 1,> §9,15  in the Southern District of Florida U.S. District Court in violation of the 1st Amendment right under the U.S. Constitution to petition the government for redress as a means of denying Plaintiffs jurisdiction and summary judgment against the United States.

C.   Whether this Court or the U.S. Attorney General deliberately fails to uphold and enforce its own authority and the power of Subpoena issued to the Court in the Southern District of Florida U.S. District Court in violation of the 1st Amendment right under the U.S. Constitution to petition the government for redress.

D.   Whether actions taken by actors violate 42 U.S.C., Ch 21, Sch 1, >§ 1985 and result in protection of violators from legal review of their actions.

E.   Whether the United States has failed to bring a single CLAIM PER RULE 26(c) against the Plaintiff(s) to be weighed for its probative value in denial o their rights, and whether this failure violates the 6th ,7th, 8th ,and 13th Amendments to the U.S. Constitution.

ARGUMENT

In early 2002, Plaintiff(s) undertook the task of developing a next generation propulsion technology which addresses global warming, the energy crisis and provides 100,000 jobs via clean/affordable Light Rail transit. By early 2003, using 100% personal funds, the new technology called the Pinch Drive was unveiled to the automation industry in prototype form, in video, and by Powerpoint presentation via email. Despite tangible and measurable advantages over all existing comparable technologies, the material handling industry gave Plaintiff(s) the cold shoulder. Only (2) companies had a representative appear at the unveiling, and those were unofficial. Any direct personal invitations / presentations / or contact often resulted in euphoria at first introduction, then cold silence to future calls. Plaintiff(s) wondered how responses could be so consistent and unanimous, as if choreographed. The main proprietor found it very difficult to secure a job. Any electronic or indirect submission of applications yielded nothing. Email, fax, and postal mail all failed to yield results. The only application positively responded to was the one filed in a walk-in effort. After 6 months of intense evaluation, the job as General Manager of Operations for Detroit Department of Transportation was his. Coincidentally, Plaintiff(s) had contacted various companies and agencies regarding Transit / Light Rail applications for this technology. The topic had also been explored in a presentation video. Within 3 weeks of hire, without getting caught in the surrounding corruption, Plaintiff(s) laid out a plan to correct 95% of the issues the organization faced and won the support of the three major unions. In essence, Plaintiff(s) now had a success story to present to the U.S. Department of Transportation and a next generation technology to boot. Success of the technology was imminent, Plaintiff was fired. Plaintiffs have been fighting the Courts and the U.S. Attorney General since 2003.

## FINES AND DAMAGES

The antitrust law 15 U.S.C., Ch1,>§ 1 is clear concerning the mandatory imposition of a fine not to exceed $100,000,000 for antitrust violations. While the magnitude of the fine treads into the realm of discretion of the court, the proportionality of the fine requires correlation and coherence with the magnitude of the offense. When the full faith and credit of the United States is employed to commit acts which violate this statute, then the full faith and credit of the United States must be employed to provide restitution of both the Plaintiff(s) and the United States under statute. Furthermore, while the fine is mandatory for a corporate offender or an association which as an entity cannot be imprisoned, said fine cannot be paid by the United States to the United States, which would negate the fine. Such a fine, when used as restitution for a Plaintiff, is not punitive in an effort to mitigate damages where the restraint of trade has been 100%, involving acts unique to the authority of the United States in violation of antitrust laws, where the uniqueness of acts under the authority of the United States make possible 100% restraint of trade, and make necessary a unique effort to mitigate damages, and provide restitution, in a situation that could not be anticipated by the authors of the statute. Therefore, the fine of $100,000,000 must be paid to the Plaintiff(s) commensurate with the offenses claimed and the judgment requested. Furthermore, antitrust law 15 U.S.C., Ch1,>§ 15, provides for payment of three times actual damages, and where the Plaintiff(s) have demonstrated acts in violation of antitrust laws have led to interference with court judgments of $110,000,000, the judgment request may include an amount of $330,000,000. Furthermore consolidation of previous default judgment request of $427,000,000 is consolidated herein. These factors lead to the total judgment request of $857,000,000. Attorney fees and court costs are paid in addition to requested judgment under statute.

## STATEMENT OF FACTS

A.   The Defendant in multiple court filings failed to recognize the applicability and/or controlling authority of Article III or the U.S. Constitution.

B.   The Defendant in multiple court filings failed to recognize the applicability and/or authority of 15 U.S. C., Ch 1,> §9,15.

C.   The Defendant failed to recognize and uphold a Subpoena.

D.   The Defendant in multiple court filings cited being otherwise advised, and cited counsel of record, and has not shared any such advisements with Plaintiff(s) or disclosed the advisements or counsel openly in the record.

E.   The Defendant has not notified Plaintiff(s) they are parties of interest, questioned , or legally indicted Plaintiff(s) and has offered no reason in open court why Plaintiff(s) should legally and legitimately be denied their rights, any claimed advisements violate the 6th Amendment. as Plaintiffs have not been informed of the nature and cause of accusations against them or confronted with witness.  The 13th amendment is also violated in that Plaintiffs have been held in legal limbo for years without being duly convicted of a crime, which violates the 8th amendment for cruel and unusual punishment.

F.   The Court has ignored claimed statues in numerous court cases, 05-70416 E.D. Mich., 08-80746 FLSD,  08-23171 FLSD,   09-20369 FLSD, ETC.

G.   The Court implied that payment of filing fee is a requirement to proceed.  The filing fee was paid in (05-40330 E.D. Mich) and the United States denied members of the instant class a ruling on the merits, for change of venue.  The filing fee was paid in (05-70416 E.D. Mich) and the United States denied members of the instant class a ruling on the merits of claims under  29 U.S. C. §660(c) (3), the OSH Act Sec 5(a) & 5(b), and under The False Claims Act 31 U.S.C., Subt 3, Ch37,Subch 3, §3730(b),  and §3730(c).   The filing fee was paid in (07-12143 E.D. Mich) and the United States denied members of the instant class a ruling on the merits of all claims, and under all statutes therein.   To imply that payment of the filing fee in the instant case is a requirement to proceed is indistinguishable from fraud.

H.   The United States failed to act on matters of obstruction of justice against Plaintiffs. Considering the duration of avoided enforcement of the law, class members of the Plaintiff have been left to fend for themselves regarding interference with court procedures and travel to and from the court where travel by class members has been hindered and obstructed leaving class members to extraordinary methods.

I.   The U.S. Attorney General under the Bush Administration had the authority to intervene in this matter per FRCP Rule 24 to settle, and failed to do so.

## COUNT I
## VIOLATION OF ARTICLE III OF THE CONSTITUTION
## ABUSE OF JUDICIAL POWERS OF THE UNITED STATES

Plaintiff incorporates the Common Allegations and Count I      as set forth in full.

Section 1. The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

Section 1. The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish and the Defendant(s) have taken judicial action in U.S. District Courts while subverting the authority of Article III of the U. S. Constitution which grants judicial power to the U.S. District Courts by refusing to consider the authority of Article III of the U. S. Constitution in recommendations and/or rulings, wherein Defendants include parties or agents who were not the presiding judge in the relevant matters, and wherein Defendant has provided no statutory support for its judicial power in the absence of Article III of the U. S. Constitution, and/or no statutory support for its overriding purpose in violation of policy, law, and/or statute in discrimination against Plaintiffs(s), that has a rational basis related to a permissible governmental objective, and therefore has violated Article III and/or the 14th amendment to the U. S. Constitution.

Section 2, Clause 2.   In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be a party, the Supreme Court shall have original jurisdiction.

Section 2, Clause 2. In cases in which a state shall be a party, the Supreme Court shall have original jurisdiction, and Plaintiff as an adverse party with the State of Michigan has a right to original jurisdiction in the Supreme Court, and Defendant has denied this original jurisdiction by failing to uphold the authority of Article III of the U. S. Constitution denying the power thereof and/or the limits on powers delegated to the U.S. Courts, and/or by transfer of a case without consideration of Article III of the U. S. Constitution, wherein Defendant has provided no statutory support for its overriding purpose in violation of policy, law, and/or statute in discrimination against Plaintiffs(s), that has a rational basis related to a permissible governmental objective, and therefore has violated Article III and/or the 14th amendment to the U. S. Constitution.

### COUNT  2
### VIOLATION OF 1ST AMENDMENT TO THE CONSTITUTION
### DENIAL OF RIGHT TO PETITION THE UNITED STATES FOR REDRESS

Plaintiff incorporates the Common Allegations and Count   1 - 2  as set forth in full.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise there of; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise there of; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances and Defendant(s) wherein Defendants include parties or agents who were not the presiding judge in the relevant matters, have denied the right of Plaintiff(s) the right to petition the government for a redress of grievances, by failing to uphold their duty under law 15 U.S.C. , CH 1, et al and/or, Article III of the U. S. Constitution, and/or violation of 15 U.S.C. , CH 1, et al and/or by denying claimed review under these laws, wherein Defendant has provided no statutory support for its overriding purpose in violation of policy, law, and/or statute in discrimination against Plaintiffs(s), that has a rational basis related to a permissible governmental objective, and therefore has violated the prohibitions of the 1st Amendment to the U. S. Constitution.

## COUNT 3
## VIOLATION OF THE WILSON TARIFF ACT, JURISDICTION OF COURTS, DUTY OF UNITED STATES ATTORNEYS
### 15 U.S.C., Ch 1,>§ 9

Plaintiff incorporates the Common Allegations and Count 1–3 as set forth in full.

The several district courts of the United States are invested with jurisdiction to prevent and restrain violations of section 8 of this title; and it shall be the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity to prevent and restrain such violations. Such proceedings may be by way of petitions setting forth the case and praying that such violations shall be enjoined or otherwise prohibited. When the parties complained of shall be duly notified of such petition the court shall proceed, as soon as may be, to the hearing and determination of the case; and pending such petition and before final decree, the court may at any time make such temporary restraining order or prohibition as shall be deemed just in the premises.

Defendant(s), district courts of the United States, invested with jurisdiction to prevent and restrain violations of section 8 of this title have failed to exercise jurisdiction and/or failed to undertake their duty and/or; Defendant(s), United States Attorneys, have failed to undertake the duty of the several United States attorneys, in their respective districts, under the direction of the Attorney General, to institute proceedings in equity to prevent and restrain antitrust violations, and Defendant(s) have demonstrated no statutory support for its overriding purpose in violation of policy, law, and/or statute, or failure to enforce the law, in discrimination against Plaintiff(s), that has a rational basis related to a permissible government objective, and therefore has violated 15 U.S.C., Ch 1,>§ 9.

## COUNT 4
## VIOLATION OF 42 U.S.C., CH 21, Sch 1, >§ 1981 EQUAL RIGHTS UNDER THE LAW

Plaintiff incorporates the Common Allegations and Count 1-4 as set forth in full.

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

Plaintiff(s) within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by all citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

## COUNT 5
## VIOLATION OF 42 U.S.C., CH 21, Sch 1, >§ 1985 CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

Plaintiff incorporates the Common Allegations and Count  *1~5* as set forth in full.

Defendant(s) have conspired to deter, by force, intimidation, Plaintiffs or a witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such a juror in his person or property on account of any manner, the due course of justice in any state or territory, with intent to deny any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce the right of any person, or class of persons to the equal protection of the law, by cooperating to deny Plaintiff(s) benefit of 15 U.C. antitrust laws, 28 U.S.C. judicial procedure for pleadings, stay of proceedings, and summary judgment, by failing to uphold a Subpoena, an/or denying benefit of the 1st Amendment to the Constitution for petitioning the government for redress and/or by interfering with an appeal in the U.S. Court of Appeals, and/or failing to undertake duty to enforce the law, and/or by knowingly asserting statutes that do not apply to proceedings, and/or by denying lawful claims to jurisdiction, and/or,

Defendant(s) conspired for the purpose of depriving, either directly or indirectly , Plaintiff(s) of the equal protection of the laws, or for the purpose of preventing or hindering the constituted authorities of the United States from giving or securing to Plaintiffs within the United States the equal protection of the laws;  by discriminating against and depriving Plaintiffs their right

to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property and/or by denying benefit of 15 U.S.C. antitrust laws, 28 U.S.C. judicial procedure for pleadings, stay of proceedings, and summary judgment, denying benefit of the 1st Amendment to the Constitution for petitioning the government for redress and/or by interfering with an appeal in the U.S. Court of Appeals, and/or failing to undertake duty to enforce the law and/or by knowingly asserting statutes that do not apply proceedings, and/or by denying lawful claims to jurisdiction, wherein neither defendant has demonstrated any statutory support for their overriding purpose in violation of policy, and/or law, and or statue in discrimination against Plaintiff that has a rational basis related to a permissible government objective and therefore has violated the prohibitions of 42 USC, Ch21, Sch1 >§1981-85 and in such conspiracy set forth in this section, if Defendants engage therein do, or cause to be done any act in furtherance of the object of such conspiracy, whereby Plaintiffs, so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation against any one or more of the Defendant(s) , and/or conspirators not yet known or named as Defendants.

## COUNT 6
### ENTITLEMENT TO RELIEF UNDER 42 U.S.C., CH 21, Sch 1, >§ 1983
### CIVIL ACTION FOR DEPRIVATION OF CIVIL RIGHTS

Plaintiff incorporates the Common Allegations and Count 1-6 as set forth in full.

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

Defendant(s) who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States, or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured, Plaintiff(s), in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

## COUNT  7
## VIOLATION OF THE 4ᵀᴴ AMENDMENT TO THE U. S. CONSTITUTION BY AIDING AN UNREASONABLE SEIZURE

Plaintiffs incorporate common allegations and Count  *1 − 7* as set forth in full.

AMENDMENT IV

The right of the people to be secure in their person, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized.

The right of the Plaintiffs to be secure in their person, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized, and Defendants violated the Plaintiffs right to be secure in their person, houses, papers, and effects against unreasonable seizures by and through Defendant's reliance on a State's issuance and enforcement of a court order banning Plaintiffs from their house, papers, and effects when said court order was contemplated and issued in a case that was already removed from the state court, and /or removed from State jurisdiction,  in denial of Plaintiffs 1ˢᵗ Amendment right under the U. S. Constitution to petition the government for redress by denying Plaintiff(s) proper jurisdiction through transfer of a case,  and Defendants have demonstrated no statutory support for its overriding purpose in violation of policy, law, and/or statute in discrimination against Plaintiffs, that has a rational basis related to a permissible government objective, and therefore has violated the prohibitions of the 4ᵗʰ Amendment to the U. S. Constitution.

## COUNT 8
## VIOLATION OF THE SHERMAN ACT, THE WILSON TARIFF ACT, THE CLAYTON ACT
### 15 U.S.C., Ch 1, ET AL

Plaintiff incorporates the common allegations and Counts 1-8 as set forth in full.

§1

Defendant(s) combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every Defendant who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and Defendant(s) did combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally to restrain trade and commerce of, and/or suppress the development and exploitation of technology and /or competition related to Plaintiff(s) by and through blocking Plaintiff's income, and/or protecting conspirators from legal review of their actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due process or equal protection of the law, and/or violation of State's powers,  in violation of the Sherman Act and/or;

§2

Defendant(s) monopolized, or attempted to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony,  and Defendant(s) did

combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally to restrain trade and commerce of, and/or suppress the development and exploitation of technology and /or competition related to Plaintiff(s) by and through blocking Plaintiff's income, and/or protecting conspirators from legal review of their actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due process or equal protection of the law, and/or violation of State's powers,  in violation of the Sherman Act and/or;

## §3

Defendant(s) combination in form of trust or otherwise, or conspiracy, in restraint of trade or commerce in any Territory of the United States or of the District of Columbia, or in restraint of trade or commerce between any such Territory and another, or between any such Territory or Territories and any State or States or the District of Columbia, or with foreign nations, or between the District of Columbia and any State or States or foreign nations, is declared illegal.    Every Defendant who shall make any such contract or engage in any such combination or conspiracy, shall be deemed guilty of a felony,  and Defendant(s) did combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally to restrain trade and commerce of, and/or suppress the development and exploitation of technology and /or competition related to Plaintiff(s) by and through blocking Plaintiff's income, and/or protecting conspirators from legal review of their

actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due process or equal protection of the law, and/or violation of State's powers,  in violation of the Sherman Act and/or;

## §5

Whenever it shall appear to the court before which any proceeding under section 4 of this title may be pending, that the ends of justice require that other parties should be brought before the court, the court may cause them to be summoned, whether they reside in the district in which the court is held or not; and the ends of justice for Plaintiff(s) does require that other parties should be brought before the court in a Class Action as Defendant(s) and/or their combination or conspiracy, have injured numerous Plaintiffs by acts forbidden in the antitrust laws, who have been restrained in trade and/or commerce in violation of the Sherman Act and/or ;

## §6

Any property owned by Defendant(s) under any contract or by any combination, or pursuant to any conspiracy (and being the subject thereof) mentioned in section 1 of this title, and being in the course of transportation from one State to another, or to a foreign country,  may be seized and condemned by like proceedings as those provided by law for the forfeiture, seizure, and condemnation of property imported into the United States contrary to law,  AND/OR;

## §8

Defendant(s) combination, conspiracy, trust, agreement, or contract is declared to be contrary to public policy, illegal, and void when the same is made by or between two or more persons or corporations, either of whom, as agent or principal, is engaged in importing any article from any foreign country into the United States, and when such combination, conspiracy, trust, agreement, or contract is intended to operate in restraint of lawful trade, or free competition in lawful trade or commerce, or to increase the market price in any part of the United States of any article or articles imported or intended to be imported into the United States, or of any manufacture into which such imported article enters or is intended to enter. Every person who shall be engaged in the importation of goods or any commodity from any foreign country in violation of this section, or who shall combine or conspire with another to violate the same, is guilty of a misdemeanor, and Defendant(s) did combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally conspire, when such combination, or conspiracy, is intended to operate in restraint of lawful trade, or free competition in lawful trade or commerce, or to increase the market price in any part of the United States of any article or articles imported or intended to be imported into the United States, or of any manufacture into which such imported article enters or is intended to enter, related to competition with Plaintiff(s) by and through by blocking Plaintiff's income, and/or protecting conspirators from legal review of their actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due

process or equal protection of the law, and/or violation of State's powers, in violation of the Wilson Tariff Act and/or;

### §11

Any property owned by Defendant(s) under any contract or by any combination, or pursuant to any conspiracy, and being the subject thereof, mentioned in section 8 of this title, imported into and being within the United States or being in the course of transportation from one State to another, or to or from a Territory or the District of Columbia, may be seized and condemned by like proceedings as those provided by law for the forfeiture, seizure, and condemnation of property imported into the United States contrary to law, AND/OR ,

### §14

It shall be unlawful for Defendant(s) engaged in commerce, in the course of such commerce, to lease or make a sale or contract for sale of goods, wares, merchandise, machinery, supplies, or other commodities, whether patented or unpatented, for use, consumption, or resale within the United States or any Territory thereof or the District of Columbia or any insular possession or other place under the jurisdiction of the United States, or fix a price charged therefore, or discount from, or rebate upon, such price, on the condition, agreement, or understanding that the lessee or purchaser thereof shall not use or deal in the goods, wares, merchandise, machinery, supplies, or other commodities of a competitor or competitors of the lessor or seller, where the effect of such lease, sale, or contract for sale or such condition, agreement, or understanding may be to substantially lessen competition or tend to create a monopoly in any line of commerce, and Defendant(s) did in the course of such commerce, to lease or make a sale or contract for sale of goods, wares, merchandise, machinery, supplies, or other commodities, fix a price of a contract for employment, on the

condition, agreement, or understanding that the Plaintiff shall not use or deal in the goods, wares, merchandise, machinery, supplies, or other commodities of competitors or self, where the effect of such contract for employment or such condition, agreement, or understanding may be to substantially lessen competition, and Defendant(s) did combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally to restrain trade and commerce of, and/or suppress the development and exploitation of technology and /or competition related to Plaintiff(s) by and through blocking Plaintiff's income, and/or protecting conspirators from legal review of their actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due process or equal protection of the law, and/or violation of State's powers,  in violation of the Clayton Act and/or;

## §15

Except as provided in subsection (b) of this section, any Plaintiff(s) who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefore in any district court of the United States in the district in which the Defendant(s) resides or is found or has an agent, without respect to the amount in controversy, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee, and Plaintiff(s) were injured in business and property by  reason of things forbidden in the antitrust laws and brings the instant complaint to recover damages sustained, costs, and fees as permitted by this statute.

## COUNT 8
## VIOLATION OF THE 14TH AMENDMENT TO THE CONSTITUTION
### DENYING DUE PROCESS AND EQUAL PROTECTION OF THE LAW

Plaintiff incorporates the Common Allegations and Count 1-8 as set forth in full.

Section1. All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States: nor shall any State deprive any person of liberty, or property, without due process of law: nor deny any person within its jurisdiction the equal protection of the laws.

Defendant(s), shall not make, or enforce any law which shall abridge the privileges or immunities of citizens of the United States and Defendant(s) have abridged privileges or immunities of Plaintiff(s) by discriminating against Plaintiff, depriving Plaintiffs of liberty and/or property, without due process of law, and/or equal protection of the laws, by violating 28 U.S.C., Pt4, CH 89>§1441-1448, and/or 28 U.S.C., Pt4, CH 85>§1338, and/or 42 U.S.C., Ch 21, Sch 1>§1981-88 and Defendant(s) and/or State of Michigan have demonstrated no statutory support for its overriding purpose in violation of policy, law, and/or statute in discrimination against Plaintiff(s), that has a rational basis related to a permissible government objective, and therefore has violated the prohibitions of the 14th Amendment to the U. S. Constitution.

Wherefore,

Plaintiff requests this Honorable Court grant a judgment to the Plaintiff(s) against the

Defendant , *UNITED STATES GOVERNMENT FOR $ 857, 000. 000* dollars

as entitled under 15 U.S.C., Ch 1,>§1-15 and/or under the U.S. Constitution for violations

thereof as claimed, and/or for punitive, and/or compensatory, and/or actual, and/or

consequential, and/or particular damages, and/or mental distress, and deprivation and or

abridging of rights and deliberate injury associated with the tenor of these proceedings

and,

 free and clear release of any assessments or liens against Plaintiffs, Plaintiff's estates,

family, successors or assigns.

and,

injunctive relief against State of Michigan and/or Florida per 35 U.S. C., Ch 1, >§ 283

and,

declaring unconstitutional and/or vacation of all judgments and orders in (07-2607-DM 22nd

Cir Mich.)

These facts and requests are submitted to the best of my knowledge and belief

*P. Brunt*     *FOR*

*BAHKARI  BRIDGEWATER,*
*SAMERY  BRIDGEWATER,*
*ALEXIS  BRIDGEWATER, +*
*CO-PATENT OWNERS*
*# U.S. 6,889,615*
*13148  SW  49 TH COURT*
*MIRAMAR, FL  33027*

🖎 JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

| I. (a) PLAINTIFFS BAHKARI BRIDGEWATER, SAMORY BRIDGEWATER, ALEXIS BRIDGEWATER, CO-PATENT OWNERS #U.S. 6,889,615 | DEFENDANTS ERIC HOLDER, U.S. ATTORNEY GEN, UNITED STATES GOVERNMENT, ET. AL |
|---|---|
| **(b)** County of Residence of First Listed Plaintiff  *VARIOUS* (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant  *VARIOUS* (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED. |
| **(c)** Attorney's (Firm Name, Address, and Telephone Number) SELF PER 35 USC & 37 CFR | Attorneys (If Known) ERIC HOLDER U.S. ATTORNEY GENERAL |

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS
N/A AS SUPREME COURT JURISDICTION

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

FTC 09CV 60434-ZLOCH(SNOW)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☑ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | ☐ 900 Appeal of Fee Determination |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).

(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☑ YES ☐ NO  05-70416 E.D. MICH
JUDGE                          DOCKET NUMBER  08-23171 FLSD
                                              09-20369 FLSD

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
FAILURE TO UPHOLD ARTICLE III, 15 U.S.C., CH.1, > 9, 15, 31 USC > § 3730 FALSE CLAIMS

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $857 MILLION
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
P. B___ FOR CO-PATENT OWNERS #US. 6,889,615
DATE (PER 37CFR + 35 USC.

**FOR OFFICE USE ONLY**

AMOUNT  0    RECEIPT # ____    IFP  Yes