(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 09-60454

CO-PATENT OWNERS
UNITED STATES ETAL
Plaintiff(s)

FILED BY ___ D.C.
MAY 24 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

v.

PENSKE TRUCK LEASING ETAL
STATE OF FLORIDA
STATE OF MICHIGAN

Defendant(s)

FILING OF WARRANTS
(TITLE OF DOCUMENT)

I, DOJ REP/SCOTLAND YARD plaintiff or defendant, in the above styled cause, FILE 4 ATTACHED WARRANTS.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
So. Dist. of Forida, D.C. Dist

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Parties violating 18 USC>2384 Seditious Conspiracy asserting rights granted by US Patent #6,889,615 or BPI patents, without permission or authority, by making claims or requesting judgments based on patent rights in federal or state matters. | ) ) ) ) ) | Case No. 09-60454-FLSD, 10-00063-DC |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Parties violating 18 USC>2384 Seditious Conspiracy by making claims based on patent rights.     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Defendants have consired and commited multiple violations of 18 USC>2384 by denying rulings in U.S. District Court or before the DOJ (admisistrative) based on alleged /or bogus findings or claims to patent rights, where DOJ Decision #4 defined changes to those rights on behalf of the USPTO and plaintiffs, defendants claim right to judgments and defendants have sought to deny plaintiffs their federal judgements by force, claiming Karen Hogan Bridgewater or William Johnson, have rights or can grant rights, where defendants owe instant plaintiff large judgments via default, where Defendants have no grounds to deny plaintiff judgements, or request a defendant judgments and therefore violate 18 USC>2384 Seditious Conspiracy.

Date:   05/24/2023

*Issuing officer's signature*

City and state:   Miami, FL

Paul Bridgewater, Scotland Yard Rep and DOJ Rep
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____   *Arresting officer's signature* _____ |
| *Printed name and title* _____ |

1 OF 4  WARRANTS

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
So. Dist. of Forida, D.C. Dist

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Parties violating 18 USC>2384 Seditious Conspiracy by opposing DOJ Decision #4 Amended by making claims or denying rights asserted in DOJ Decision #4 in federal or state matters. | ) ) ) ) ) ) | Case No. 09-60454-FLSD, 10-00063-DC |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Parties violating 18 USC>2384 Seditious Conspiracy by denying rights based on divorce status. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Defendants have consired and commited multiple violations of 18 USC>2384 by denying rulings in U.S. District Court or before the DOJ (admisistrative) based on alleged /or bogus findings concerning plaintiffs divorce status, where in 2007-8 22nd Cir MI declared instant plaintiff divorced without jurisdiction, and Jdg Borman 08-13786-EDMI lied claiming the divorce was not removed, and defendants have sought to deny plaintiffs their federal judgements by force, claiming Plaintiff is unable to represent themself, or is legally connected to Karen Hogan Bridgewater or William Johnson, where defendants owe instant plaintiff large judgments via default, where Defendants have no grounds to deny judgements and therefore violate 18 USC>2384 Seditious Conspiracy.

Date:   05/24/2023

*Issuing officer's signature*

City and state:   Miami, FL       Paul Bridgewater, Scotland Yard Rep and DOJ Rep
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

So. Dist. of Forida, D.C. Dist ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Parties violating 18 USC>2384 Seditious Conspiracy by opposing IFP doctrines and making claims or denying rights based on alledged indegency in federal or state matters. | ) ) ) ) ) ) | Case No. 09-60454-FLSD, 10-00063-DC |
| Defendant | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Parties violating 18 USC>2384 Seditious Conspiracy by denying rights based on income.       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☐ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:

Defendants have consired and commited multiple violations of 18 USC>2384 by denying rulings in U.S. District Court or before the DOJ (admisistrative) based on alleged /or bogus findings concerning plaintiffs income, where in 2006-9 22nd Cir MI declared instant plaintiff without income, and Jdg Borman 08-13786-EDMI approved an IFP, and defendants have sought to deny plaintiffs their federal judgements by force, claiming Plaintiff is unable to represent themself, where defendants owe instant plaintiff large judgments via default, where Defendants have no grounds to deny judgements and therefore violate 18 USC>2384 Seditious Conspiracy.

Date:   05/24/2023

_____
*Issuing officer's signature*

City and state:   Miami, FL            Paul Bridgewater, Scotland Yard Rep and DOJ Rep
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ *Arresting officer's signature* |
|                                          _____ *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
So. Dist. of Forida, D.C. Dist

| United States of America | ) | |
|---|---|---|
| Parties violating 18 USC>2384 Seditious Conspiracy by using seized trademarks and seized institutions (defendants) to make claims or assert rights for plaintiff, or alter plaintiffs claims or rights in federal or state matters. | ) ) ) ) ) ) | Case No.  09-60454-FLSD, 10-00063-DC |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Parties violating 18 USC>2384 Seditious Conspiracy by making claims based NAACP trademark ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Defendants have consired and commited multiple violations of 18 USC>2384 by denying rulings in U.S. District Court or before the DOJ (admisirative) based on alleged /or bogus claims operation of the NAACP, where the NAACP trademark and I/P and institution was seized by plaintiffs, and where defendants have sought to deny plaintiffs their federal judgements by force, claiming NAACP has rights or can grant rights, where defendants owe instant plaintiff large judgments via default, where Defendants have no grounds to deny plaintiff judgements, or request a defendant judgment or use seized trademarks and therefore violate 18 USC>2384 Seditious Conspiracy.  Intl NAACP is a new trademark owned and used by BPI for advertising civil advocacy.

Date:   05/24/2023

*Issuing officer's signature*

City and state:   Miami, FL          Paul Bridgewater, Scotland Yard Rep and DOJ Rep
                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     *Arresting officer's signature* _____ |
|                   *Printed name and title* _____ |