UNITED STATES DISTERICT COURT
SOUTHERN DISTRICT OF FLORIDA
/DISTRICT OF COLUMBIA

BRIDGEWATER PRODUCTS, INC,
<u>CO-PATENT OWNERS #US 6,889,615 ETAL</u>

09-60454-FLSD

V
PENSKE TRUCK LEASING
PENSKE CORP
STATE OF FLORIDA
BROWARD COUNTY
STATE OF MICHIGAN
<u>UNITED STATES GOVERNMENT, ETAL</u>

FILED BY _____ D.C.

JUL 25 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## FILING OF INDICTMENT

Use of FTA facilities in the form of fare meters for purposes other than collecting fees and distributing passes, is not an approved use.  Using fare meters to misprint cards and collect fingerprints amounts to fraud and abuse of US DOT FTA facilities and any justification sent to USDOT, or invoice submitted to USDOT for such meters or coaches amounts to a false claim to the United States.  The answer to attached subpoena will demonstrate such misuse and verify the claim of violation of the False Act.   Bridgewater Products seizes the attached lots from Broward County per 15 USC>6,11 as payment for this violation against BPI in related matters.  Parcel Numbers   5142 01 02 4170   and   5142 01 02 4171 adjacent and inclusive.  Broward is a defalted defendant and has not answered subpoenas in the past, and won't answer this subpoena either.

Respectfully Submitted to US DOT Rep and DOJ Rep under seal,

Paul Bridgewater
DOJ Rep and Scotland Yard Rep
Per 15 USC>1-15, 31 USC>3729-30, FCPA

Pg 1 of 5