AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
for the

BRIDGEWATER PRODUCTS, INC., ETAL
Plaintiff

v.

BROWARD COUNTY FL, ETAL
Defendant

Civil Action No. 09-60454-FLSD
10-00063-DC

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: BROWARD TRANSIT CENTRAL TERMINAL

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: COACH VIDEO 5 MIN OF VIDEO BEFORE BOARDING AND 5 MIN OF VIDEO INCLUDING BOARDING ON PASS ATTACHED.

| Place: 09-60454-FLSD U.S. FEDERAL COURT CLERK | Date and Time: BY 4 PM 7-28-23 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/25/2023

CLERK OF COURT

_____        OR        _____
Signature of Clerk or Deputy Clerk                           Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
_____

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## Penske Didn't Want A Trial

03-339562-CZ 3rd Cir MI

05-70416-EDMI

05-40330-EDMI

07-12143-EDMI

07-61540-FLSD

08-21585-FLSD trf  08-13016-EDMI

08-61021-FLSD

08-61022-FLSD trf  08-13786-EDMI

08-23171-FLSD

08-80746-FLSD

09-20369-FLSD

09-60454-FLSD

13-04136-NDIL

13-62433-FLSD

14-61060-FLSD

15-24733-FLSD

15-62697-FLSD

19-22181-FLSD

20-20189-FLSD

20-23560-FLSD

21-12578-EDMI

22-80763-~~EDMI~~ FLSD

District Arguments before DOJ - Holder, Lynch, Sessions, Barr, Garland

Independent Counsel – 3 times

Military Court - 2 times

Foreign Intelligence Surveillance Act Court (FISA Court) - 2-times

FCPA - UK, Haiti, Can, Ger, Fr



PAID FOR CARD #1, WHICH DID NOT PRINT. REPORT TO DRIVER YEILDED CARD #2 WHICH WAS PAID. DRIVER ATTEMPTED TO KEEP FINGER PRINTS ON #1.

TO PAY AND NOT RECEVE A VALID CAR IS FRAUD OR ATTEMPTED FRAUD LEAVING RIDER STRANDED.

(A WITNESS)

# North Adjacent Lot 4171 with 4170



# South Adjacent Lot 4170 with 4171

